UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 21-1047

RONALD E GILLETTE,
                                                    Appellant

v.

WARDEN GOLDEN GROVE ADULT CORRECTIONAL FACILITY

On Appeal from the District Court of the Virgin Islands
(Division of St. Croix)
District Court No. 1-17-cv-00042
District Judge:  Honorable Wilma A. Lewis

Argued on May 11, 2022

Before:  JORDAN, MATEY and ROTH, <u>Circuit Judges</u>

**<u>ORDER</u>**

The petition for rehearing filed by Appellant having been submitted to the judges

who participated in the decision of this Court, it is hereby **ORDERED** that the petition for

panel rehearing is **GRANTED**.  The opinion filed July 21, 2023 is hereby **VACATED**,

and a new opinion and judgment will issue forthwith.

By the Court,

s/ JANE R. ROTH
Circuit Judge

Dated: July 16, 2024
kr/cc:  All Counsel of Record